Jeannette Eckstein, a minor, by Henry P. Eckstein, her next friend, appellee, v. Checker Taxi Company, appellant. Gen. No. 34,167.

Heard in the first division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930. Rehearing denied July 11, 1930.

Lester L. Bauer, for appellant; Ernest D. MacDougall, of counsel. Isadore Wolf, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Y. Baptiste (otherwise known as M. M. Muguerditchian), appellee, v. Vartan V. Pedian and Abram Bedrosian, trading as Vartan V. Pedian Company, appellants. Gen. No. 34,230.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930.

Townley, Wild, Campbell & Clark, for appellants; Charles V. Clark and Frederick D. Carroll, of counsel. Balford Quintin Shields, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

John C. Armstrong and H. J. Conrad, appellees, v. William Brietzke, appellant. Gen. No. 34,239.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930. Rehearing denied July 11, 1930.

Litsinger, Healy & Reid, for appellant; James A. O'Callaghan, of counsel. Darrow, Smith, Cronson & Smith, for appellees; William W. Smith, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Harry E. Rabin, appellee, v. The Midland Tailors, Inc., appellant. Gen. No. 34,273.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed June 30, 1930.

Hyman A. Pierce, for appellant. Wetten, Pegler & Dale, for appellee; Milton Gerwin, of counsel.

Mr. Justice McSurely delivered the opinion of the court.